UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19cr4380-MMA |
| Plaintiff, | **AMENDED ORDER OF CRIMINAL FORFEITURE** |
| v. | |
| MICKEY A. CARMO, | |
| Defendant. | |

On May 7, 2020, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of MICKEY A. CARMO ("Defendant") in the following properties:

(1) computer images and printed images determined by law enforcement to depict minors engaging in sexually explicit conduct and

(2) the items, equipment, computers, disks, and media seized by law enforcement during the investigation of the offenses has pled guilty, including:

1. One Toshiba L855-S5113 laptop computer, SN 1D312101Q, with Toshiba MQ01ABD064 hard drive, SN X2J6F1KES; and

2. One Dell Inspirion 530 Desktop computer, SN 6G8T3G1, with Western Digital hard drive SN WCAS86853500.

For thirty (30) consecutive days ending on June 8, 2020, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the properties in such manner as the

Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the properties.

There were no potential third parties known to the United States to have alleged an interest in the forfeited properties; therefore, no one was provided with direct notice of the forfeiture.

Thirty (30) days have passed following the final date of notice by publication, and no third party has made a claim to or declared any interest in the forfeited properties described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of MICKEY A. CARMO and any and all third parties in the following properties are hereby condemned, forfeited and vested in the United States of America:

(1) computer images and printed images determined by law enforcement to depict minors engaging in sexually explicit conduct and

(2) the items, equipment, computers, disks, and media seized by law enforcement during the investigation of the offenses has pled guilty, including:

    1. One Toshiba L855-S5113 laptop computer, SN 1D312101Q, with Toshiba MQ01ABD064 hard drive, SN X2J6F1KES; and

    2. One Dell Inspirion 530 Desktop computer, SN 6G8T3G1, with Western Digital hard drive SN WCAS86853500;

IT IS FURTHER ORDERED that costs incurred by U.S. Homeland Security Investigations and any other governmental agencies which were incident to the seizure, custody and storage of the properties be the first charge against the forfeited properties.

//

1 | IT IS FURTHER ORDERED that U.S. Homeland Security Investigations shall
2 | dispose of the forfeited properties according to law.

3 | **IT IS SO ORDERED**.

4 | DATED: July 21, 2020

*[signature]*
HON. MICHAEL M. ANELLO
United States District Judge